# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        VS                                     CASE NO.  1:02-CR-43-03 MMP

DEMETRIUS G. KENNEDY

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee,___ Bond, ___ Other (Specify) _____

By:_____Demetrius G. Kennedy #20159-017_____ (Payee)
Address:   FCI Talladega
            PO Box 1000
            Talladega, AL 35160

Receipt Number  _802-111690-29 & 802-111941-03_   Date of Receipt  __8/11/06 & 9/13/06__

Motion: N/A

Explanation: A review of the payment records for Mr. Kennedy indicates an overpayment of $25.00. According to the court dockets and financial records, Mr. Kennedy does not owe any additional money and should be reimbursed $25.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist         Date: September 14, 2006

Referred by: _____,Deputy Clerk _____

## ORDER OF COURT

It is ORDERED this  _15ᵗʰ_  day of  _September_ , 2006, that the Clerk refund the identified funds to the payee.

                                     _s/Maurice M. Paul_____
                                   MAURICE M. PAUL, SENIOR
                                   UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99