IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO. 1:02-cr-00043-MP-AK

DEMETRIUS GERMAINE KENNEDY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 418, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Amended Motion to Vacate, Doc. 368, be denied. The Magistrate Judge filed the Report and Recommendation on Tuesday, April 8, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his Motion to Vacate, Defendant raises eighteen grounds for relief, the majority of which allege that his trial counsel was ineffective. After thoroughly reviewing each allegation, the Magistrate concludes that none of Defendant's claims has merit, and recommends that the amended motion to vacate be denied. Defendant has filed a premature motion for a certificate of appealability, which the Court construes as objections to the Magistrate's Report. In his objections, Defendant argues that the Magistrate failed to consider properly his claim that counsel was ineffective in failing to object to the calculation of drug amounts, the converging of powder cocaine into crack cocaine, and failing to raise an <u>Apprendi</u> argument at sentencing.

The Magistrate points out that trial counsel did in fact object to the drug quantities at sentencing, and raised the issue on appeal. The Eleventh Circuit rejected the argument, and

Defendant has failed to show either deficient performance from counsel, or any resulting prejudice.  Furthermore, since the Government offered sufficient proof at trial that the drugs involved in the conspiracy were in fact crack cocaine, the Court agrees with the Magistrate that counsel was not ineffective by failing to lodge frivolous objections on this ground.  Finally, the Court agrees with the Magistrate that since a jury found Defendant responsible for more than 50 grams of crack cocaine, no <u>Apprendi</u> violation occurred.  Nothing in <u>Apprendi</u> prevents the Court from considering relevant conduct of the co-conspirators in assessing a defendant's overall offense level.

Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's Amended Motion to Vacate, Doc. 368, is DENIED.

**DONE AND ORDERED** this  *30th* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge