IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00043-MP-AK

DEMETRIUS GERMAINE KENNEDY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 493, Defendant's motion requesting a copy of the United States Sentencing Guidelines worksheet used to tally his total offense level. Defendant filed the motion on March 23, 2009. However, Defendant has already filed a notice of appeal of this Court's January 27, 2009, order denying his motion to reduce sentence. Because that appeal has not yet been resolved, the Court does not have jurisdiction to consider the requested relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 493 is DENIED.

**DONE AND ORDERED** this  _2nd_ day of April, 2009

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge